UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREDRAG TOSIC, | CASE NO. C23-0619JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HEATHER BLAKEMORE-TOMASON, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Plaintiff Predrag Tosic, who proceeds *pro se*, has filed a notice of removal attached to his application to proceed *in forma pauperis* ("IFP").  (*See* NOR (Dkt. # 1-1); *see also* IFP App. (Dkt. # 1).)  This District's Local Rules require a party who seeks to remove an action from state court to file contemporaneously with the notice of removal:

(1) A copy of the operative complaint, which must be attached as a separate "attachment" in the electronic filing system and labeled as the "complaint" or "amended complaint."

(2) A certificate of service which lists all counsel and pro se parties who have appeared in the action with their contact information, including email address.

(3) A copy of any Jury Demand filed in the state court, which must be filed as an attachment and labeled "Jury Demand."

Local Rules W.D. Wash., LCR 101(b).

Mr. Tosic's notice of removal did not include a copy of the operative complaint, a certificate of service, or a copy of a Jury Demand, as required by Local Rule 101(b). (*See* NOR; Dkt.)  The court ORDERS Mr. Tosic to cure these deficiencies by filing a copy of the operative complaint, a certificate of service, and a copy of a Jury Demand, if any, no later than **May 15, 2023**.  Failure to comply with this order will result in Mr. Tosic's action being dismissed without prejudice.

Filed and entered this 28th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2