1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

PREDRAG TOSIC,

CASE NO. C23-0619JLR

11

Plaintiff,

ORDER

12

v.

13

HEATHER BLAKEMORE-
TOMASON,

14

Defendant.

15

## I.   INTRODUCTION

16

Before the court are *pro se* Plaintiff Predrag Tosic's motion for relief from

17

deadlines (Mot. (Dkt. # 17)) and motion for reconsideration of the court's order denying

18

his motion for clarification (MFR (Dkt. # 22); *see* 5/10/23 Order (Dkt. # 14)).  Defendant

19

Heather Blakemore-Tomason opposes Mr. Tosic's motion for relief from deadlines.

20

(Resp. (Dkt. # 21).)  The court has reviewed the parties' submissions, the relevant

21

portions of the record, and applicable law.  Being fully advised, the court GRANTS in

22

1   part and DENIES in part Mr. Tosic's motion for relief from deadline and DENIES Mr.

2   Tosic's motion for reconsideration.

3               **II.      ANALYSIS**

4       The court addresses Mr. Tosic's motion for relief from deadlines[1] before turning

5   to his motion for reconsideration.

6   **A.    Mr. Tosic's Motion for Relief from Deadlines**

7       Mr. Tosic seeks relief from the May 15, 2023 deadline to cure his filing

8   deficiencies, imposed by the court's April 28, 2023 minute order.  (*See* Mot.; 4/28/23

9   Minute Order (Dkt. # 3).)  That order instructed Mr. Tosic to cure the deficiencies by

10  filing a copy of the operative complaint, certificate of service, and jury demand, if any,

11  by no later than May 15, 2023.  (4/28/23 Minute Order.)  Mr. Tosic also seeks relief from

12  the May 22, 2023 deadline to respond to Ms. Tomason's motion to remand.  (*See* Mot.;

13  Mot. to Remand (Dkt. # 6) (noted for consideration on May 26, 2023)); *see also* Local

14  Rules W.D. Wash. LCR 7(d)(3) (requiring opponent to file a response to a motion to

15  remand no later than the Monday before the noting date).  Mr. Tosic asserts that relief

16  from the deadlines is necessary because he has "upcoming hearings and deadlines" in

17  concurrent state court actions.  (Mot. at 1.)

18  //

19

20      _____

21          [1] Mr. Tosic's motion for relief from deadlines is noted for May 26, 2023.  (*See* Dkt.)
    However, the court exercises its discretion to decide the motion without waiting for his reply
    brief.  *See* Fed. R. Civ. P. 1 (instructing the court "to secure the just, speedy, and inexpensive

22  determination of every action and proceeding").  Moreover, the motion, which seeks relief from
    May 15, 2023 and May 22, 2023 deadlines, will be moot before its May 26, 2023 noting date.

1    "Parties should not assume that the motion will be granted and must comply with

2    the existing deadline unless the court orders otherwise." *See* Local Rules W.D. Wash.

3    LCR 7(j).  "When an act . . . must be done within a specified time, the court, may, for

4    good cause, extend the time." Fed. R. Civ. P. 6(b)(1).  In the court's view, Mr. Tosic has

5    not shown good cause for an extension of time with respect to his request for relief from

6    the deadline to respond to Ms. Tomason's motion to remand.  To the contrary, his

7    statements show that he has simply prioritized other matters over this litigation.  (*See*

8    Mot. at 2.)  The court therefore DENIES Mr. Tosic's request for relief from the deadline

9    to respond to Ms. Tomason's motion to remand.

10    However, the court will stay the deadlines imposed in its April 28, 2023 minute

11    order in light of the pending motion to remand, pursuant to its inherent authority to

12    manage its own docket.  *See, e.g.*, *Thompson v. Housing Auth. of City of Los Angeles*, 782

13    F.2d 829, 831 (9th Cir. 1986).  Accordingly, the court GRANTS Mr. Tosic's request for

14    relief from the deadline to cure filing deficiencies and STAYS its April 28, 2023 minute

15    order, pending the court's resolution of the motion to remand.  The court will reset that

16    deadline, if appropriate, after the court rules on Ms. Tomason's motion to remand.

17    **B.    Mr. Tosic's Motion for Reconsideration**

18    On May 9, 2023, Mr. Tosic moved for clarification regarding the court's April 28,

19    2023 minute order directing Mr. Tosic to cure certain filing deficiencies.  (*See* MFC (Dkt.

20    # 13); 4/28/23 Minute Order.)  The court concluded that Mr. Tosic's motion for

21    clarification sought legal advice from the court, and denied his motion because the court

22    is prohibited from providing legal advice to any party, including a *pro se* party.  (*See*

1    5/10/23 Order.)  In the instant motion for reconsideration, Mr. Tosic merely rephrases

2    several of the same procedural and legal questions regarding his case.  (*Compare* MFR,

3    *with* MFC.)

4         "Motions for reconsideration are disfavored," and the court "will ordinarily deny

5    such motions in the absence of a showing of manifest error in the prior ruling or a

6    showing of new facts or legal authority which could not have been brought to its attention

7    earlier with reasonable diligence."  Local Rules W.D. Wash LCR 7(h)(1).  The court

8    concludes that Mr. Tosic has met neither standard.  Therefore, the court DENIES Mr.

9    Tosic's motion for reconsideration.

10                       **III.    CONCLUSION**

11        For the foregoing reasons, the court DENIES Mr. Tosic's motion for

12   reconsideration (Dkt. # 22), GRANTS in part and DENIES in part Mr. Tosic's motion for

13   relief from deadlines (Dkt. # 17), and STAYS the May 15, 2023 deadline set forth in the

14   court's April 28, 2023 minute order (Dkt. # 3).  The court will re-set that deadline, if

15   appropriate, after it decides Ms. Tomason's motion to remand.

16        Dated this 16th day of May, 2023.

17

18   _____

19   JAMES L. ROBART
     United States District Judge

20

21

22

ORDER - 4