UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREDRAG TOSIC, | CASE NO. C23-0619JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HEATHER BLAKEMORE-TOMASON, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Predrag Tosic's motion for reconsideration. (MFR (Dkt. # 26).) Mr. Tosic, proceeding *pro se*, urges the court to reconsider its May 16, 2023 order denying his previous motion for reconsideration of its order denying his motion for clarification and for an extension of time to respond to Defendant Heather Blakemore-Tomason's motion to remand. (*Id.*; *see* 5/16/23 Order (Dkt. # 23).)

MINUTE ORDER - 1

1  "Motions for reconsideration are disfavored," and the court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rules W.D. Wash LCR 7(h)(1). The court concludes that Mr. Tosic has once again failed to meet either standard.

In his motion, Mr. Tosic also makes a new request for an extension of time to respond to Ms. Tomason's motion to remand. (MFR at 2-3.) Mr. Tosic's response to Ms. Tomason's motion is due Monday, May 22, 2023. (*See* MTR (Dkt. # 6)); *see also* Local Rules W.D. Wash. LCR 7(d)(3) (requiring opponent to file a response to a motion to remand no later than the Monday before the noting date). Mr. Tosic originally sought leave to file his response to Ms. Tomason's motion on Friday, May 26, 2023, and now seeks leave to file his response on Tuesday, May 23, 2023. (MFR at 2-3.)

The court may, for good cause, extend a deadline. *See* Local Rules W.D. Wash. LCR 7(j); Fed. R. Civ. P. 6(b)(1). Because Mr. Tosic proceeds *pro se* and seeks a reasonable extension, the court GRANTS Mr. Tosic's request to extend his deadline to respond to Ms. Tomason's motion.

The court DENIES Mr. Tosic's motion for reconsideration (Dkt. # 26) and GRANTS Mr. Tosic's request for an extension of time. Mr. Tosic must file his response to Ms. Tomason's motion to remand by no later than **Tuesday, May 23, 2023**.

//

//

//

1 | Filed and entered this 23rd day of May, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 3